## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

November 19, 2025

| | |
|---|---|
| KHAI NGUYEN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )      Case No. 25-cv-01204-JD |
| | ) |
| PAMELA BONDI, et al., | ) |
| | ) |
| Respondents. | ) |

**ENTER ORDER:**

The Court is in receipt of the Respondents' Objection to the Report and Recommendation ("Objection") [Doc. No. 17]. Given the nature of these proceedings, the Court expedites the Petitioner's deadline to file an optional response to the Objection, *see* Fed. R. Civ. P. 72(b)(2), making the response due on or before **November 26, 2025**. Should Petitioner or his counsel wish to respond to the Objection and require more time, Petitioner shall file a motion seeking additional time.

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.


JOAN KANE, CLERK


By:    */s/ Nyssa Vasquez-Morrow* 
        Deputy Clerk