**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

March 5, 2026

| | | |
|---|---|---|
| KHAI NGUYEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-01204-JD |
| | ) | |
| PAMELA BONDI, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ENTER ORDER:**

The Court is in receipt of Respondents' Emergency Application for Authorization to Transfer Petitioner ("Motion"). [Doc. No. 28]. Counsel for Petitioner is ORDERED to file a response to the Motion no later than **Friday, March 6, 2026 at 12:00 p.m. (CST)**.

Counsel for Respondents and Petitioner are ORDERED to submit a Proposed Order to the Court's orders inbox no later than **Friday, March 6, 2026, at 12:00 p.m. (CST).**

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

JOAN KANE, CLERK

By:   */s/ Carol Ditta*
                Deputy Clerk